| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 19 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERT A. STANARD, AKA Robert Allen Stanard,

        Plaintiff-Appellant,

 v.

MARIA DY, Doctor, FDC SeaTac; DAN SPROUL, Warden, FDC SeaTac; K. MARTINEZ, Physician's Assistant, FDC SeaTac; MARY MITCHELL, Western Regional Director; IAN CONNERS, Administrator, National Inmate Appeals; LEEN, Health Services Administrator, FCI Sheridan; J. BALTAZAR, Western Regional Director; UNKNOWN PARTY, Medical Director of the FBOP; UNKNOWN PARTY, Regional Medical Director; MCDERMONT, Health Services Administrator, FDC SeaTac,

        Defendants-Appellees.

No. 21-35582

D.C. No. 2:19-cv-01400-RSM
Western District of Washington, Seattle

ORDER

Before: NGUYEN and HURWITZ, Circuit Judges, and PREGERSON,[*] District Judge.

The United States' unopposed motion for a 45-day extension of time to file a petition for rehearing or rehearing en banc is granted. (Dkt. 52). The new deadline is March 11, 2024.

---

    [*] The Honorable Dean D. Pregerson, United States District Judge for the Central District of California, sitting by designation.